**Motion Denied and Order filed July 18, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-01022-CR

———————

**SOSTENES JOEY ADAME, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 81875-CR**

## ORDER

Appellant is represented by appointed counsel, Faye Gordon. Appellant's brief was originally due April 12, 2019. We have granted a total of 90 days to file appellant's brief until July 11, 2019. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances.

On July 2, 2019, counsel filed a further request for extension of another 90 days to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

We order Faye Gordon to file a brief with the clerk of this court on or before **August 12, 2019**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.


PER CURIAM


Panel Consists of Justices Christopher, Bourliot, and Zimmerer.